**McCONNOR v. KAUFMAN et al.**

**No. 126.**

Circuit Court of Appeals, Second Circuit.

Nov. 29, 1943.

Harry Weinberger, of New York City (Harry Weinberger, W. E. Aronberg, Harold M. Wayne, and Nathan L. Schoichet, all of New York City, of counsel), for plaintiff-appellant.

Howard E. Reinheimer, of New York City, for defendants-appellees George S. Kaufman and Moss Hart.

O'Brien, Driscoll & Raftery, of New York City (Benjamin Pepper, of New York City, of counsel), for defendants-appellees George M. Cohan, Irving Berlin, Dennis F. O'Brien, and Kathleen Nolan Harris, executors of Sam H. Harris.

Weil, Gotshal & Manges, of New York City (Horace S. Manges, of New York City, of counsel), for defendant-appellee Random House, Inc.

R. W. Perkins, of New York City (Joseph D. Karp, of New York City, of counsel), for defendant-appellee Warner Bros. Pictures, Inc.

Before AUGUSTUS N. HAND, CHASE, and CLARK, Circuit Judges.

PER CURIAM.

Judgment affirmed on the opinion below, with costs to the appellees and the following counsel fees:

$600 for the appellees George S. Kaufman and Moss Hart;

$200 for the appellees George M. Cohan, Irving Berlin, Dennis F. O'Brien and Kathleen Nolan Harris, as executors of Sam H. Harris;

$100 for the appellee Random House, Inc; and

$100 for the appellee, Warner Bros. Pictures, Inc.